UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRYSTAL MCLEMORE ET AL | CIVIL ACTION NO. 19-cv-0751 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Partially Dismiss on Grounds of Prematurity [Doc. 31] is GRANTED, and the state law medical malpractice claims against Dr. Voitier is DISMISSED WITHOUT PREJUDICE, subject to the right of the plaintiffs to rejoin the state law medical malpractice claims against Thomas Voitier in this matter once the medical review panel process has been completed. IT IS FURTHER ORDERED that the Motion to Dismiss [Doc. 36] filed by defendants Advantage Medical Professionals, LLC, Cynthia Wiltz, Shelly Samuel, Randell Bernard, Mona Bergaux, and Wilhemina Clay is GRANTED IN PART AND DENIED IN PART. The motion to dismiss the state law medical malpractice claims

against the Advantage defendants is GRANTED, and those claims are DISMISSED WITHOUT PREJUDICE, while the motion to dismiss the civil rights claims against the Advantage defendants is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of May, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE