UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRYSTAL MCLEMORE, ET AL. | CIVIL ACTION NO. 19-0751 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Rule 12(b)(6) Motion to Dismiss filed by defendant Quinceyeta Hamilton ("Hamilton") [Doc. 92] is GRANTED, as follows.

IT IS ORDERED that the plaintiffs' Section 1983 claims against Hamilton for deliberate indifference to Walker's serious medical needs is GRANTED, and that these claims are DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion to dismiss plaintiffs' state law claims for medical malpractice and intentional tort against Hamilton is GRANTED, and that these claims are DENIED AND DISMISSED WITHOUT PREJUDICE, as this Court declines to exercise its supplemental jurisdiction over these claims.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of May, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE