UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRYSTAL MCLEMORE ET AL | CIVIL ACTION NO. 19-cv-0751 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss filed by defendant Dr. Thomas Voitier, II [Doc. 88] is GRANTED in its entirety, and all claims against Dr. Voitier are DENIED AND DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of June, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE