UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRYSTAL MCLEMORE ET AL | CIVIL ACTION NO. 19-cv-0751 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss filed by defendant Sherriff Mark Garber [Doc. 87] is **GRANTED** in its entirety, as follows:

**IT IS ORDERED** that the motion to dismiss plaintiffs' individual and official lability claims against Garber is **GRANTED**, and that these claims are **DENIED AND DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, to the extent they exist, the motion to dismiss plaintiffs' state law claims against Garber is **GRANTED**, and that these claims are **DENIED AND DISMISSED WITHOUT PREJUDICE**, as this Court declines to exercise its supplemental jurisdiction over these claims.

**IT IS FURTHER ORDERED** that all claims against Lt. Shawn Segura, Lt. Joseph Miller, Sgt. Samantha White, Deputy Justin Broussard, Deputy Ashley Prejean, Deputy Christopher Kent, Deputy Ebony Touchet, Deputy Kristy Thibodeaux, Deputy Giles Reed, and LPN Ian Duplantis are **DENIED AND DISMISSED WITH PREJUDICE**, as plaintiffs have abandoned all claims against these defendants.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of July, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE